FILED
05/24/2021
Clerk, U.S. District Court
District of Montana
Missoula Division

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**WAYNE D. SYNNESS,**<br><br>Defendant. | **VIOLATION:**<br>**FCDS001M**<br>**Location Code: M7**<br><br><br>**ORDER** |

Based upon the unopposed motion of the United States and for good cause appearing, IT IS HEREBY ORDERED that the defendant shall pay a total fine amount of $230 ($200 fine and $30 processing fee). The total fine amount will be paid in full on or before October 1, 2021. Payment(s) should be mailed to the following address:

Central Violations Bureau
P.O. Box 780549
San Antonio, TX 78278

The check(s) should be made out to the U.S. Courts - CVB. Defendant may also pay online at www.cvb.uscourts.gov.

IT IS FURTHER ORDERED that the initial appearance in the above captioned matter, currently scheduled for June 24, 2021, is VACATED.

DATED this 24th day of May, 2021.

_____
John Johnston
United States Magistrate Judge